

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2024

No. 04-24-00092-CV

James H. **ARMSTRONG**,
Appellant

v.

**GREATER WOODLAKE HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04205
Honorable Cathleen M. Stryker, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We order appellant to pay the costs of this appeal.

It is so **ORDERED** on May 15, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2024.

_____
Luz Estrada, Chief Deputy Clerk